**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :  No. 344 EAL 2020

          Respondent          :

                                :  Petition for Allowance of Appeal
                                :  from the Order of the Superior Court

          v.                   :

                                  :

MALIK NOEL,                   :

                                  :

          Petitioner            :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 30th day of March, 2021, the Petition for Allowance of Appeal is **DENIED**.